UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-81678-CIV-MARRA

HOWARD COHAN,

    Plaintiff,

vs.

MULLINAX FORD OF PALM BEACH
COUNTY, LLC, d/b/a MULLINAX FORD
OF WEST PALM,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, MULLINAX FORD OF PALM BEACH COUNTY, LLC, d/b/a MULLINAX FORD OF WEST PALM ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: _____2/14/2020_____

| BY:  /s/ Jason S. Weiss | BY:  /s/ Steven L. Schwarzberg |
|---|---|
| Jason S. Weiss | Steven L. Schwarzberg |
| Jason@jswlawyer.com | Florida Bar No. 306134 |
| Florida Bar No. 356890 | steve@schwarzberglaw.com |
| **WEISS LAW GROUP, P.A.** | mail@schwarzberglaw.com |
| 5531 N. University Drive, Suite 103 | **SCHWARZBERG & ASSOCIATES** |
| Coral Springs, FL 33067 | 2751 South Dixie Highway, Suite 400 |
| Tel: (954) 573-2800 | West Palm Beach, FL 33405 |
| Fax: (954) 573-2798 | Tel:  561.659.3300 |
| *Attorneys for Plaintiff* | Fax: 561.693.4540 |
| | *Attorneys for Defendant* |