UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81678-CIV-MARRA

HOWARD COHAN,

Plaintiff,

vs.

MULLINAX FORD OF PALM BEACH
COUNTY, LLC, d/b/a MULLINAX FORD
OF WEST PALM,

Defendant.
_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 11). This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of February, 2020.

KENNETH A. MARRA
United States District Judge